# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: 9-16-05

HONORABLE JUSTO ARENAS, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ      CR. 00-048-18 (JAF)

===============================================================

UNITED STATES OF AMERICA

Plaintiff(s)

V.

MARIO COLON-CORNIER

Defendant(s)
===============================================================

CASE CALLED FOR INITIAL APPEARANCE ON VIOLATION OF

SUPERVISED RELEASE. Defendant is brought before the Court based upon an

arrest warrant issued by Honorable Chief Judge Fusté on August 31, 2005.

Defendant is informed as to the nature of the violations. The Federal Public

Defender is appointed to represent Mr. Colón-Cornier . Magistrate Arenas set

the Show Cause hearing for September 19, 2005 at 10:00 a.m. Defendant shall

remain committed.

S/ Carlos J. Rodríguez
Deputy Clerk