IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>18- MARIO COLON-CORNIER<br><br>Defendant | CR. NO.  00-048 (JAF) |

ORDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

      (1)   is financially unable to employ counsel,

      (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on  September 16, 2005

                                                          FRANCES RIOS DE MORAN
                                                          Clerk of the Court

                                                      By: S/ Carlos J. Rodríguez
                                                             Carlos J. Rodríguez
                                                             Deputy Clerk