UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINUTES OF PROCEEDINGS | Start : 9:08 A.M. |
| | End : 9:10 A.M. |

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: YELITZA RIVERA-BUONOMO        DATE: 09/19/05

COURT REPORTER: FTR                                                    CASE NO: 00-48(JAF)

INTERPRETER: JANIS PALMA

==================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA TIMOTHY HENWOOD |
| Plaintiff | |
| vs. | |
| 18- MARIO COLON | AFPD JUAN MATOS DE JUAN |
| Defendant | |

==================================================================

**CASE CALLED FOR ORDER TO SHOW CAUSE- REVOCATION.**

Mr. Matos de Juan addressed the Court defendant was not contesting the allegations contained in the motion filed by Probation.

The Court found there is probable cause as to defendant violating his probation and referred the matter to Chief Judge Fuste for final revocation hearing.

AFPD Matos asked the Court if there were any conditions of release which could be imposed as defendant's only transgression had been driving under the influence and that defendant did not pose any risk of flight nor danger to the community.

The Court advised AFPD Matos to file the corresponding motion addressed to Chief Judge Fuste.

                                                      S/ Yelitza Rivera-Buonomo
                                                            Deputy Clerk