## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE CHIEF JUDGE JOSE A. FUSTÉ | Date: September 30, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 00-048-18 (JAF)** |
| COURT REPORTER: Yvette RICHARDSON | |
| COURT INTERPRETER: Janice PALMA | USPO: Victor Carlo |

==============================================================================
<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Jenifer HERNANDEZ |
| vs. | |
| [18] MARIO COLON CORNIER | Rafael ANDRADE RAVELO, AFPD. |

==============================================================================

The defendant is present in court. He is <u> X </u> under custody <u>   </u> released.

CASE CALLED FOR FINAL REVOCATION HEARING. After having heard the parties, the Court finds that the offender violated the conditions of the imposed supervised release term by engaging in statutory and technical violations, as cited in the motion file by the U.S. Probation Officer on August 23, 2005. Therefore, the supervised release term imposed on June 26, 2001 is revoked.

**IT IS THE JUDGMENT OF THE COURT** as to violation<u> of statutory condition, Standard conditions Nos.  2, 3, 7, 11, and special condition.</u>

Imprisonment for a total term of **Seven (7) MONTHS.**

Supervise Release Term:<u> **No other term of imprisonment is imposed**</u>.

All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Courtroom Deputy Clerk