≜AO 245D    Case 3:00-cr-00048-JAF   Document 939   Filed 10/03/2005   Page 1 of 2
(Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE    District of    PUERTO RICO

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Mario COLON-CORNIER** | Case Number: 00-CR-048-18 (JAF) |
| | USM Number: 20653-069 |
| | Rafael Andrade, Esq. AFPD. |
| | Defendant's Attorney |

**THE DEFENDANT:**

x  admitted guilt to violation of statutory condition, Standard conditions Nos. 2, 3, 7, 11, and special condition.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory condition | The defendant plead guilty of driving under the influence of alcoholic | Jan. 31, 2004 |
| Condition No. 2 | The defendant failed to report to the U.S. Probation Officer. | Aug. 4, 2005 |
| Condition No. 3 | The defendant denied being previously convicted while on supervised release. | Aug. 22, 2005 |
| Condition No. 7 | The defendant was detained by driving under the influence of alcohol. | July 4, 2004 |
| Condition No. 11 | The defendant failed to notify the U.S. Probation Officer of prior arrests. | July 4, 2004 |
| Special Condition | The defendant admitted the use of heroin. | Aug. 19, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: NNN-NN-7203

Defendant's Date of Birth: 06/08/1959

Defendant's Residence Address:

Guayabal Ward, Urb. Ursula Millan c-2

Juana Diaz, PR. 00795

Defendant's Mailing Address:

UNDER CUSTODY

September 30, 2005
Date of Imposition of Judgment

s/ JOSE A. FUSTE
Signature of Judge

JOSE A. FUSTE, CHIEF JUDGE, U.S. DISTRICT COURT
Name and Title of Judge

September 30, 2005
Date

**A/cs: 2 USM, 1 BOP**
**S/cs: USM, USPO, PTSO**

DEFENDANT: **Mario COLON-CORNIER**
CASE NUMBER: 00-CR-048-18 (JAF)

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : ***SEVEN (7) MONTHS. No other term of supervised is imposed.**

☐ **The court makes the following recommendations to the Bureau of Prisons:**

X **The defendant is remanded to the custody of the United States Marshal.**

☐ **The defendant shall surrender to the United States Marshal for this district:**

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

☐ before 2 p.m. _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**I have executed this judgment as follows:**

_____

**Defendant delivered** _____ **to** _____

a _____ **with a certified copy of this judgment.**

**UNITED STATES MARSHAL**

**By** _____
**DEPUTY UNITED STATES MARSHAL**