# UNITED STATES DISTRICT COURT

2005 SEP 13  AM 10: 06

## FOR THE _____  *DISTRICT OF*  PUERTO RICO

USM-PUERTO RICO
FUGITIVE TASK FORCE

**UNITED STATES OF AMERICA**

VS.

MARIO COLON

## *WARRANT FOR ARREST*

**CASE NUMBER: CR.** 00-48-18  (DRD)

JAF

RECEIVED & FILED
05 NOV - 7  AM 11: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To:     The United States Marshal
        and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest     **MARIO COLON**
                                                (Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment            [ ] Information           [ ] Complaint

[ ] Order of court        [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS
                              OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___-----___ United States Code, Section(s) ___-----___ _____

JOSE A. FUSTE                                CHIEF, U.S. DISTRICT JUDGE
Name of Issuing Officer                      Title of Issuing Officer

S/ REBECCA AGOSTINI-VIANA                    8/31/2005, HATO REY, PUERTO RICO
Signature of Deputy Clerk                    Date and Location

Bail fixed at $ ----------**NO BAIL**------------     By  -----------------------------------------
                                                         Name of Deputy Clerk

| **RETURN** |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 09-13-2005 | Victor Calderon  TFA | |
| DATE OF ARREST | | |
| 09-16-2005 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  MARIO COLON    ALIAS:_____

LAST KNOWN RESIDENCE:_____

_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

Certified to be a true & exact copy of the document,
or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico

By: _____
                    Deputy Clerk
Date: _____