# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

FRANCISCO ZAETON-PABON, et als.,
Defendants.

Cr. No. 00-048 (JAF)

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
## AS ASSISTANT U.S. ATTORNEY ASSIGNED TO CASE

**TO THE HONORABLE COURT:**

COMES NOW the **UNITED STATES OF AMERICA**, by and through the undersigned attorneys and very respectfully states and prays as follows:

1.  That this Honorable Court entered Judgment on September 30, 2005, in the above captioned case, therefore, it is respectfully requested from this Honorable Court that AUSA Sonia I. Torres be withdrawn from same.

WHEREFORE,  the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Sonia I. Torres from the above captioned case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of February, 2007.

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
UNITED STATES ATTORNEY

*s/Sonia I. Torres*
Sonia I. Torres
Assistant U.S. Attorney
USDC-PR No. 209310

United States of America's Motion to Withdraw.../
Cr. 00-048 (JAF)
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2007, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to the attorneys of record.


s/Sonia I. Torres
Sonia I. Torres
Assistant U.S. Attorney
USDC-PR No. 209310