UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __PUERTO RICO__

2005 SEP 13 AM 10: 06

USM-PUERTO RICO
FUGITIVE TASK FORCE

UNITED STATES OF AMERICA

VS.

MARIO COLON

**WARRANT FOR ARREST**

CASE NUMBER: CR. 00-48-18 (DRD)

Bo Guayabal Rt 149 Inter 552
Urb Ursula Millan House No C 2
Juana Diaz, Puerto Rico    00795-9704

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   **MARIO COLON**
                                           (Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment        [ ] Information        [ ] Complaint

[ ] Order of court    [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS
                          OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

JOSE A. FUSTE
Name of Issuing Officer

S/ REBECCA AGOSTINI-VIANA
Signature of Deputy Clerk

CHIEF, U.S. DISTRICT JUDGE
Title of Issuing Officer

8/31/2005, HATO REY, PUERTO RICO
Date and Location

Bail fixed at $ ----------NO BAIL------------   By _____
                                                   Name of Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 8/31/2005 | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/16/2005 | USMS | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: